UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAQUET CARDIOVASCULAR LLC,                    )
                                              )
            Plaintiff and Counter-Defendant,  )
                                              )
v.                                            )        Case No. 20-mc-0203-JWL
                                              )
ABIOMED, INC, et. al,                         )
                                              )
            Defendants and Counter-Claimants. )


**TRANSFER ORDER**

  This matter comes before the court on non-party Timothy R. Maher's motion to quash a subpoena served upon him by Maquet Cardiovascular LLC (ECF No. 1). The underlying litigation is pending in the United States District Court for the District of Massachusetts, and the subpoena issued from that court. Mr. Maher consents to transfer of the motion to the District of Massachusetts under Fed. R. Civ. P. 45(f).[1] The subpoena affects two interrelated cases pending before the District of Massachusetts, and Mr. Maher asserts it frustrates a scheduling order entered in one of the cases. The court finds transfer will promote judicial efficiency and avoid inconsistent verdicts between courts, and will therefore transfer this action with the consent of Maher.

---

[1] ECF No. 7.

O:\ORDERS\20-mc-0203-JWL-1.docx

IT IS THEREFORE ORDERED that the clerk transfer this matter to the United States District Court for the District of Massachusetts.

Dated February 27, 2020, at Kansas City, Kansas.

_s/ James P. O'Hara_
James P. O'Hara
U.S. Magistrate Judge